| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Diane Princ<br>Special Agent: Kenton Weston, A.T.F. | Telephone: (313) 226-9734<br>Telephone: (313) 202-3450 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
James Egnis

Case No.

Case: 2:21−mj−30295
Assigned To : Unassigned
Assign. Date : 6/11/2021
Description: IN RE: UNITED STATES V. JAMES EGNIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 3, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(n) | Receipt of a Firearm by a person under Indictment |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Kenton Weston, A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 11, 2021__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Special Agent Kenton Weston, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since January of 2018. I am a member of the Detroit Field Division Crime Gun Enforcement Team (CGET). I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. ATF is currently conducting a criminal investigation of Albert James EGNIS (B/M; DOB: XX/XX/1998) for violations of 18 U.S.C. § 922(n) (receipt of a firearm while under indictment).

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by

1

myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is for the limited purpose of establishing probable cause and does not contain all of the facts known to law enforcement regarding this investigation.

## PROBABLE CAUSE

4. On March 3, 2021 at approximately 1:00 p.m., the CGET and I were conducting surveillance in the area of a Red Roof Inn, located at 27660 Northwestern Hwy, Southfield, MI 48034 in the Eastern District of Michigan. At approximately 3:30 p.m., ATF Task Force Officer (TFO) Ed Viverette observed EGNIS enter the driver seat of a black Dodge Charger with three other individuals and drive away from the Red Roof Inn.

5. At approximately 3:25 p.m., the Dodge Charger arrived at a Mobile gas station located at 26355 Telegraph, Southfield, MI. ATF TFO Treva Eaton observed EGNIS exit the Dodge Charger with what appeared to be a Glock model pistol hanging out of his front jeans pocket. Minutes later, EGNIS reentered the vehicle, which continued to contain the three other individuals, and departed from the gas station.

6. A member of the CGET team alerted Detroit Police Officers about the team's observations of EGNIS. At approximately 3:53 p.m., a Detroit Police Department marked car stopped the Dodge Charger in the area of 11599 Greenfield Detroit, MI. EGNIS and the other occupants were removed from the Dodge Charger. From the Dodge Charger's center console, the Officers located (1) one Glock model 30s, .45 caliber pistol bearing serial number "BRGZ732" loaded with 13 live rounds of ammunition ; and (2) a second Glock model 30s .45 caliber pistol bearing serial number "BNRG289" loaded with 13 live rounds (hereinafter collectively referred to as the "Glock pistols"). EGNIS informed the Officers that he was aware that the Glock pistols were inside the Dodge Charger, which was registered to him and another individual. Detroit Police Officers arrested EGNIS for Carrying Concealed Weapon- Motor Vehicle.

7. On March 4, 2021 at 11:04 a.m., ATF TFO Eaton and I conducted a post *Miranda* interview of EGNIS. During the interview, EGNIS explained that on March 1st and on March 3rd, he had used the Glock pistol bearing serial number "BRGZ732" for protection while taking money out of an ATM.

8. I reviewed the ATF trace of the recovered Glock pistols, which revealed one of the recovered firearms had been purchased from a Federal Firearms Licensee (FFL) in southeastern Michigan on August 4, 2020, and that the other recovered firearm had been purchased from the same FFL on November 20, 2020.

9. On or about March 3, 2021, I reviewed a computerized criminal history and Michigan Sixth Circuit Court records for EGNIS. I learned that on June 24, 2020, EGNIS was arraigned on the following offense: Organized Retail Crime Act Violation (Case#: 2020-274543). I know, based on my training and experience and from consulting with other law enforcement officers, that this offense is a felony and is punishable by at least one year in prison. I also know that being arraigned on a state information qualifies as being "under indictment" for the purposes of 18 U.S.C. § 922(n).

10. On June 10, 2021, I contacted ATF Interstate Nexus Expert Special Agent Jimmie Pharr and provided a verbal description of two recovered firearms. Based upon the verbal descriptions, Special Agent Pharr advised that both of the firearms are firearms as defined under 18

4

U.S.C. § 921 and were manufactured outside of the state of Michigan after 1898, and therefore have traveled in and affected interstate commerce.

## CONCLUSION

11. Based on the above, there is probable cause to believe that on March 3, 2021, in the County of Wayne in the Eastern District of Michigan, Albert EGNIS, while under indictment, willfully received (1) one Glock model 30s .45 caliber pistol, and (2) one Glock model 30s .45 caliber pistol, both firearms having affected interstate commerce, in violation of 18 U.S.C. § 922(n) – (Receipt of a Firearm by a Person Under Indictment).

Respectfully submitted,

_____
Special Agent Kenton Weston
Bureau of Alcohol, Tobacco, Firearms
   and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

June 11, 2021